UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                      Case No.    19-15024-RAM
                                                            Chapter     13

Mirla L. Arteaga
_____ /

## NOTICE OF DISMISSAL OF CHAPTER 13 CASE

The above-styled debtor (the "Debtor") by her counsel files this notice of dismissal of chapter 13 case and in support therefor respectfully represents as follows:

1. The Debtor filed this case under chapter 13 of the Bankruptcy Code.

2. Pursuant to the provisions of 11 U.S.C. § 1307 (b), the Debtor has an absolute right to dismiss this chapter 13 case as this case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208.

3. The Debtor desires dismiss this case as he no longer desires to proceed with this case.

x_____
                        Submitted by:

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick
Jordan E. Bublick (Fla. Bar No. 381624)
1801 N.E. 123rd St., Suite 314
P.O. Box 545941
North Miami, FL 33154-5941
Telephone: (305) 891-4055
Fax: (305) 503-7231
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*